**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**CONTINUING ORDER OF ABATEMENT**

Appellate case name:        Tetra Technologies, Inc. v. David Alleman and Alleman Consulting, LLC

Appellate case number:      01-19-00049-CV

Trial court case number:    2086-66742

Trial court:                268th District Court of Harris County

On July 9, 2019, this Court abated this appeal pending the trial court's resolution of a related matter. Since then, appellees have filed several status reports in this Court, with the most recent being filed on December 14, 2022.

We direct appellees, **no later than 180 days from the date of this order**, to file another report advising the Court of the status of the related matter. If appellees do not respond as directed, the case may be reinstated on the Court's active docket and the appeal may proceed under the applicable Texas Rules of Appellate Procedure.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature:      ___/s/ Julie Countiss_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: December 20, 2022